Generated: Jul 16, 2025 11:55AM                                                                 Page 1/1

# U.S. District Court

## Kentucky Eastern - Lexington

Receipt Date: Jul 16, 2025 11:55AM

Devon Turner
7061 W. North Ave.
Oak Park, IL 60302-1002

Rcpt. No: 500005999          Trans. Date: Jul 16, 2025 11:55AM          Cashier ID: #KP (3644)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner|                      | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment:     $405.00
Total Tendered:                 $405.00
Total Cash Received:              $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.