UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DEVON TURNER, | ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 25-244-DCR |
| v. | ) ) ) | |
| DUANE HENDERSON, | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.　　Devon Turner's complaint [Record No. 1] is **DISMISSED** with prejudice.

2.　　This matter is **STRICKEN** from the docket.

Dated: August 27, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky